NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ROBERT N. CADRECHA AND CYNTHIA CADRECHA,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2012-5089

---

Appeal from the United States Court of Federal Claims in case no. 11-CV-152, Judge George W. Miller.

---

## ON MOTION

---

## ORDER

The United States moves without opposition for a 32-day extension of time, until October 9, 2012, to file its response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

For The Court

__SEP 1 0 2012__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Carol Barthel, Esq.
    William Kalish, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2012

JAN HORBALY
CLERK